# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **J.D. HEISKELL HOLDINGS, LLC,** | Case No. 8:14-cv-277 |
| Plaintiff, | |
| v. | **ORDER** |
| **TRANS COASTAL SUPPLY CO., INC.,** | |
| Defendant. | |

This matter comes before the Court on a Stipulation (filing 23) filed by Plaintiff and Defendant relating to Defendant's Motion to Restrict (filing 22).  After giving consideration to the Motion and being fully advised in the premises:

**IT IS HEREBY ORDERED** that the Stipulation (filing 23) shall be and the same is hereby approved;

**IT IS FURTHERED ORDERED** that Plaintiff shall within three (3) days of this Order file an Amended Index of Evidence in Support of its Opposition to Defendant's Motion to Dismiss for Lack of Personal Jurisdiction pursuant to the Stipulation and the same shall be considered by the Court as timely filed on December 8, 2014.  The Clerk shall strike from the record the original Index of Evidence (filing 21) filed by Plaintiff.  Defendant's Motion to Restrict (filing 22) is denied as moot.

**IT IS SO ORDERED**.

DATED December 16, 2014.

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**